UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICK L GAUGHAN,

    Plaintiff,

v.                                     Case No.: 2:19-cv-00714-JLB-NPM

TRACTOR SUPPLY COMPANY, a Delaware
corporation, XYZ COMPANY(IES), JOHN
DOE(S) and TARTER GATE COMPANY,
LLC, a Kentucky limited liability company,

    Defendants.
_____/

## ORDER

    The parties have reached a settlement. (Doc. 42.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is directed to close the case.

    **ORDERED** in Fort Myers, Florida, on September 24, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE