UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICK L. GAUGHAN,

    Plaintiff,

v.                            Case No. 2:19-cv-00714-JLB-NPM

TRACTOR SUPPLY COMPANY, a Delaware
corporation, XYZ COMPANY(IES), JOHN
DOE(S) and TARTER GATE COMPANY,
LLC, a Kentucky limited liability company,

    Defendants.
_____/

## ORDER

In response to this Court's order of dismissal, (Doc. 43), the parties have filed a stipulation of dismissal with prejudice, (Doc. 44), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Defendants' counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida, on December 1, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE